MC–275

Name *Archie Lee Jefferson #K64290*

Address *P.O. Box 2000*

*Vacaville, CA 95696-2000*

CDC or ID Number *K-64290*

*Federal District Court*
*of Northern California*

(Court)

Petitioner *Jefferson*

vs.

Respondent *Sue Hubbard Warden*

**PETITION FOR WRIT OF HABEAS CORPUS**

CV No. **07 6101**

*(To be supplied by the Clerk of the Court)*

**RMW (PR)**

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

- ☐ A conviction
- ☑ A sentence
- ☐ Jail or prison conditions
- ☐ Other (specify): _California Medical Facility (CMF)_

- ☐ Parole
- ☐ Credits
- ☐ Prison discipline

1. Your name: _Archie Lee Jefferson_

2. Where are you incarcerated? _California Medical Facility (CMF)_

3. Why are you in custody? ☑ Criminal Conviction  ☐ Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

_2nd Degree Burglary; Three Strikes_
_667 (b-i) and 1170.12_

b. Penal or other code sections: _Superior Court of Santa Clara Co._

c. Name and location of sentencing or committing court: _Superior Court of Santa Clara Co._
_191 N. 1st Street, San Jose, CA 95113_

d. Case number: _199620_

e. Date convicted or committed: _1-26-1996_

f. Date sentenced: _? ?_

g. Length of sentence: _25 yrs to Life._

h. When do you expect to be released? _I really don't know, Maybe 2023_

i. Were you represented by counsel in the trial court? ☑ Yes.  ☐ No. If yes, state the attorney's name and address:
_Charlie Gillen, Public Defender._
_90 N. Hedding St. 95113_

4. What was the LAST plea you entered? *(check one)*

☑ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☑ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

6. GROUNDS FOR RELIEF                                                                MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The trial Court imposed An illegal sentence.
Cunningham vs. California No. 05655
Argued Oct. 11 2006 Decided Jan 22 2007.
It is cognizable that the trial Judge was also the factfinder
See 2 of 3 pages by

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

in my sentence trial for my overall Enhancement. Prior to filing my Writ of Petition to the Appellate Court, It is cognizable that Petitioner Jefferson filed a Writ of Petition to the Lower Courts which was denied. See Exhibits A, B, & C. Under Cunningham V. California, it is cognizable that Petitioner Jefferson's 6Th and 14Th Amendment was violated. See Cunningham V California No. 05655 Argued Oct. 11, 2006 Decided Jan. 22, 2007.

It is cognizable that the factfinder in in Petitioner's Jefferson sentence trial was also the trial Judge and did not Persecute Petitioner's Jefferson Constitutional rights. It is also cognizable that the Lower Courts had to opportunity to rule on Petitioner's argument on Cunningham Vs California but refuse to do so. See any and all Exhibits of Writ of Petitioner that was filed are Denied A, B, and C.

Petitioner Jefferson is now before this Court seeking Justice and Relief. It is cognizable that Petitioner Jefferson is only Citing Cunningham Vs California.

It is held that the DA sentence, 393 elevating fackfinder within the Judge sentence, Violates defendant's rights to trial by Jury — Safeguarded by the Sixth And Fourteenth Amendment

It is cognizable that Petitioner's Jefferson Sixth and 14th Amendment was Not Perserved Non Safeguarded.

Therefore, Petitioner Jefferson Pray that this Court Grant relief.

I Archie Lee Jefferson Declare under Penalty and Perjury that the Foregoing is true to the Best of my Ability

Respectfully & Sincerly

Archie L. Jefferson
In-Pro-Per

Dated 11-19-07


3 of 3

7. **Ground 2 or Ground** _____ *(if applicable)*:

MC–275

_____

_____

_____

_____

a.  Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

_____

**PETITION FOR WRIT OF HABEAS CORPUS**

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☐ Yes. ☐ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

b. Result _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised:  (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court? ☐ Yes ☐ No.  If yes, give the following information:

a. Result _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised:  (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.
*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

MC—275

13. a. (1) Name of court: _____

(2) Nature of proceeding (for example, "habeas corpus petition"): _____

(3) Issues raised: (a) _____

(b) _____

(4) Result (Attach order or explain why unavailable): _____

(5) Date of decision: _____

b. (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

(b) _____

(4) Result (Attach order or explain why unavailable): _____

(5) Date of decision: _____

c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____    ►    _____
(SIGNATURE OF PETITIONER)

EXHIBIT A

*EX H. A*

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

**FILED**

MAR 0 1 2007

KIRI TORRE
Chief Executive Officer
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

In re                                      )
                                           )    No.: 194620
    ARCHIE L. JEFFERSON,                   )
                                           )    ORDER
On Habeas Corpus                           )
                                           )

    Mr. JEFFERSON, (hereinafter Petitioner,) has filed a habeas corpus petition in which he seeks relief based on the United States Supreme Court's holding, in *Cunningham v. California* (2007) 75 U.S.L.W. 4078, that *Blakely v. Washington* (2004) 542 U.S. 296 applies to California's sentencing practices.  However Petitioner's case was final prior to June 24, 2004, (the date *Blakely* was decided) and the *Blakely* rule is not retroactive.  (See *In re Consiglio* (2005) 128 Cal.App.4th 511, *People v. Amons* (2005) 125 Cal.App.4th 855, 864-865, and *Schardt v. Payne* (2005, 9th Circuit) 414 F.3d 1025.)  Accordingly, all requested relief or action is denied.

DATED: _March 1_____, 2007

_Linda R. Condron_
LINDA R. CONDRON
JUDGE OF THE SUPERIOR COURT

cc:  Petitioner
    District Attorney
    Research (2-22A)
    CJIC

*EX H. A*

1

EXHIBIT B

(EXH. B)

COPY

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SIXTH APPELLATE DISTRICT

Court of Appeal – Sixth App. Dist.

**FILED**

MAY 1 1 2007

MICHAEL J. YERLY, Clerk

By _____
                    DEPUTY

| | |
|---|---|
| In re ARCHIE L. JEFFERSON, | H031443 |
| | (Santa Clara County |
| on Habeas Corpus. | Super. Ct. No. 194620) |

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Bamattre-Manoukian, Acting P.J., Mihara, J., and McAdams, J.,

participated in this decision.)

Dated ___MAY 1 1 2007___    ___BAMATTRE-MANOUKIAN, J.___ Acting P.J.

EXH B

EXHIBIT C

S153583

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re ARCHIE LEE JEFFERSON on Habeas Corpus

---

The petition for writ of habeas corpus is denied.

SUPREME COURT
# FILED

NOV 1 4 2007

Frederick K. Ohlrich Clerk

_____

Deputy

_____
~~GEORGE~~
Chief Justice

*EXH A*

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

**FILED**

MAR 0 1 2007

KIRI TORRE
Chief Executive Officer
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

|  |  |
|---|---|
| In re | No.: 194620 |
| ARCHIE L. JEFFERSON, |  |
| | ORDER |
| On Habeas Corpus | |

Mr. JEFFERSON, (hereinafter Petitioner,) has filed a habeas corpus petition in which he seeks relief based on the United States Supreme Court's holding, in *Cunningham v. California* (2007) 75 U.S.L.W. 4078, that *Blakely v. Washington* (2004) 542 U.S. 296 applies to California's sentencing practices. However Petitioner's case was final prior to June 24, 2004, (the date *Blakely* was decided) and the *Blakely* rule is not retroactive. (See *In re Consiglio* (2005) 128 Cal.App.4th 511, *People v. Amons* (2005) 125 Cal.App.4th 855, 864-865, and *Schardt v. Payne* (2005, 9th Circuit) 414 F.3d 1025.) Accordingly, all requested relief or action is denied.

DATED: *March 1*, 2007

LINDA R. CONDRON
JUDGE OF THE SUPERIOR COURT

cc: Petitioner
District Attorney
Research (2-22A)
CJIC

*EXH A*

1

EXH. B

Do you have cash or checking or savings accounts? ☐ Yes ☐ No

If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☑ No

If "Yes" describe the property and state its value. _____

6. Do you have any other assets? ☐ Yes ☑ No

If "Yes" list the asset(s) and state the value of each asset listed.

Exh C

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. none

    I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

    I declare under penalty of perjury that the above information is true and correct.

_5-8-07_____        _Archie L Jefferson_____
DATE                          SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

    I certify that the applicant named herein has the sum of $___0___ on account to his/her credit at

_____CMF_____ (name of institution). I further certify that during the past six months

the applicant's average monthly balance was $___0___. I further certify that during the past six months the

average of monthly deposits to the applicant's account was $___0___.

_5-23-07_____        _m. Soares_____
DATE                          SIGNATURE OF AUTHORIZED OFFICER

## DECLARATION OF MAILING

I, _Archie Jefferson_, declare:

I am a citizen of the United States, over the age of

eighteen years and ~~not~~ a party to the within action;

My legal mailing address is the California Medical Facility,

P.O. Box 2500, Vacaville, CA 95696-2500;

That, on _5-12/5-12-07 .07_, I served a copy of the

foregoing _CALiFornia STATe Supreme Court_

by placing said copy in the United States mail at Vacaville,

California, County of Solano, addressed as follows:

_CALiFornia State Supreme Court_
_350 McALLiSTER ST_
_SAN FRANCiSCo CA 94102-730:_

I declare under penalty of perjury that the foregoing is

true and correct.

EXECUTED at Vacaville, California on _5-12-07_ _5-12_ . _07_ .

_Archie Jeffersn_                _Archie Jefferson_
**Declarant's Printed Name**     **Declarant's Signature**

EXHIBIT C

MC–275

Name *Archie L. Jefferson - In Proper*

Address *P.O. Box 2000*

*Vacaville, CA 95696-2000*

*In Pro-Per*

CDC or ID Number *K-64290*

*The Court of Appeal*
*Of The State Of California*
(Court) *Sixth Appellate District*

PETITION FOR WRIT OF HABEAS CORPUS

*Archie L. Jefferson*
Petitioner

vs.

*Sue Hubbard/Warden*
Respondent

No. _____

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

*Exhibit C*

MC-275

This petition concerns:

- [ ] A conviction
- [✓] A sentence
- [ ] Jail or prison conditions
- [ ] Other (specify): _____
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: _____

2. Where are you incarcerated? *CALIFORNIa MEDICAL FACILITY (CMF)*

3. Why are you in custody? [✓] Criminal Conviction [ ] Civil Commitment

Answer subdivisions a. through i. to the best of your ability.

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

*2nd Degree Burglary w/ Enhancement Under Three-Strikes 667 (b-i) 11.70.12 25YRSToLife*

b. Penal or other code sections: *459/606(b) 2nd degree Burglary 3Strikes 667b-i. 11.70.12*

c. Name and location of sentencing or committing court: *Superior Court Of California 851k 191 N. First St.> County Of Santa Clara*

d. Case number: *191* ~~N. First St.~~

e. Date convicted or committed: *(An 26, 1996*

f. Date sentenced: *JAn, 1997*

g. Length of sentence: *25 years To Life*

h. When do you expect to be released? *2023*

i. Were you represented by counsel in the trial court? [✓] Yes. [ ] No. If yes, state the attorney's name and address:
*Charlie Gillan; 70 West Hedding St. SAn Jose, CA 95113*

4. What was the LAST plea you entered? (check one)
- [✓] Not guilty
- [ ] Guilty
- [ ] Nolo Contendere
- [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have? *JURy Tri*
- [✓] Jury
- [ ] Judge without a jury
- [ ] Submitted on transcript
- [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**                                                    MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

The trial court imposed AN illegal sentence Cunningham vs California. No. 05-655 Argued Oct 11/2006, Decided Jan 22, 2007. It is cognizable that the Fact finder Judge, see pg #3 20F3

a. **Supporting facts:**

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: who did exactly what to violate your rights at what time *(when)* or place *(where). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

b. **Supporting cases, rules, or other authority (optional):**

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Prior to filing My Writ of Petition to the
Appellate Court, It is cognizable that Petitioner Jefferson filed a writ of Habeas Corpus to
the lower court, the sentence court. However,
the lower court, Superior court denies Petitioner
Jefferson Writ. See Exhibit A). The Writ was
denied based on Blakely Vs Washington was
not Retroactive in Petitioner's Case.

However, it is also cognizable that Petitioner
Jefferson cited Cunningham Vs California
but Respondent refused to oppose to
Petitioner's alleged Claim under Cunningham
Vs California, in which Respondent is
in agreement with Petitioner Jefferson and
relief should be Granted. See Exh. A ORDER.
Since the lower court, which is the
sentence Court and forthfinder,
this cognizable that the lower court
was given an opportunity to rule on
Petitioner's Claim, citing Cunningham Vs.
California, but refuse to do so.

Petitioner Jefferson is now before this
Court to appeal and seeking Relief.

However, Petitioner is only citing
Cunningham Vs California and Not
Citing Blakely Vs. Washington. 2004, 05

※ Please, acknowledge that Petitioner
Jefferson is citing Cunningham Vs Washington
(2007) 75.

3 OF 3

Judge Northway, Factfinder Subjected Petitioner Jefferson to an illegal sentence and did not Perserved Petitioner's 6th and 14th Amendment.

It is Held that the DSL sentence Electing factfinder within the Judge sentence, Violates Defendant's right to trial by Jury Safeguarded by the Sixth and Fourteenth Amendment.

It is Cognizable that Petitioner Jefferson 6th and 14th Amendment was not Safeguarded by the factfinder. It is Cognizable that Petitioner Jefferson was facing 25 years to life for his Prior felonies which contribute to En Hancement. It was the factfinder Duty to Perserve Petitioner Jefferson 6th and 14th Amendment by All Means Neccessary. Wherefore, Petitioner Pray that this Court grant relief.

Sincerely and Respectfully

Archie L Jefferson

I declare under Penalty and Perjure that the foregoing is true to the best of my knowledge

Archie L Jefferson

3-27-07

*EXHA*

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

**FILED**

MAR 0 1 2007

KIRI TORRE
Chief Executive Officer
Superior Court Of County of Santa Clara

By _____ , DEPUTY

In re                                         )        No.: 194620
                                              )
    ARCHIE L. JEFFERSON,                       )
                                              )        <u>ORDER</u>
On Habeas Corpus                              )
                                              )

      Mr. JEFFERSON, (hereinafter Petitioner,) has filed a habeas
corpus petition in which he seeks relief based on the United States
Supreme Court's holding, in *Cunningham v. California* (2007) 75
U.S.L.W. 4078, that *Blakely v. Washington* (2004) 542 U.S. 296 applies
to California's sentencing practices.  However Petitioner's case was
final prior to June 24, 2004, (the date *Blakely* was decided) and the
*Blakely* rule is not retroactive.  (See *In re Consiglio* (2005) 128
Cal.App.4th 511, *People v. Amons* (2005) 125 Cal.App.4th 855, 864-865,
and *Schardt v. Payne* (2005, 9th Circuit) 414 F.3d 1025.)
Accordingly, all requested relief or action is denied.

DATED: March 1 , 2007    _____
                                          LINDA R. CONDRON
                                          JUDGE OF THE SUPERIOR COURT

cc:  Petitioner
     District Attorney
     Research (2-22A)
     CJIC

*EX.H.A*

1

7. **Ground 2 or Ground** _____ *(if applicable):*                                                MC–275

_____

_____

_____

_____

a.  Supporting facts:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

b.  Supporting cases, rules, or other authority:

_____

_____

_____

_____

_____

MC–275

8. Did you appeal from the conviction, sentence, or commitment?    ☐ Yes.  ☐ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

_____

b. Result _____   c.  Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised:  (1) _____

(2) _____

(3) _____

f. Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

_____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☐ No.  If yes, give the following information:

a. Result _____   b.  Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised:  (1) _____

(2) _____

(3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

_____

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:

_____

_____

_____

_____

_____

_____

_____

b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.
*Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.    MC—275

13. a.   (1) Name of court: _____

    (2) Nature of proceeding (for example, "habeas corpus petition"): _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result (Attach order or explain why unavailable): _____

    (5) Date of decision: _____

   b.   (1) Name of court: _____

    (2) Nature of proceeding: _____

    (3) Issues raised: (a) _____

        (b) _____

    (4) Result (Attach order or explain why unavailable): _____

    (5) Date of decision: _____

   c.   For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _____

▶ _____
(SIGNATURE OF PETITIONER)

## DECLARATION OF MAILING

I, _Archie L. Jefferson_, declare:

I am a citizen of the United States, over the age of

eighteen years and not a party to the within action;

My legal mailing address is the California Medical Facility,

P.O. Box 2500, Vacaville, CA 95696-2500;

That, on _3-27_, _07_, I served a copy of the

foregoing _WRIT OF HABEAS CORPUS_

by placing said copy in the United States mail at Vacaville,

California, County of Solano, addressed as follows:

_The Court of Appeal_
_OF The United States California_
_6TH APPELLATE DISTRICT_
_The Court 8A# 1060_
_San Jose, CA. 95113-1717_

I declare under penalty of perjury that the foregoing is

true and correct.

EXECUTED at Vacaville, California on _3-27_, _07_.

_Archie Jefferson_
**Declarant's Printed Name**

_Archie Jefferson_
**Declarant's Signature**

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

Petitioner

vs.

Respondent(s)        CASE NUMBER: _194670_

I, _Archie Jefferson_ declare that I am the petitioner in the above-entitled
proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915,
I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to
the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated: ☑ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration _California Medical Facility_

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☑ No

   a.    If the answer is "Yes" state the amount of your pay.

   b.    If the answer is "No" state the date of your last employment, the amount of your take-home salary or
         wages and pay period, and the name and address of your last employer _$8.00 hr. 1994_
         _Percision Cut_

3. In the past twelve months have you received any money from any of the following sources?

   a.    Business, profession or other self-employment        ☐ Yes    ☑ No

   b.    Rent payments, interest or dividends                  ☐ Yes    ☑ No

   c.    Pensions, annuities or life insurance payments        ☐ Yes    ☑ No     _Incar-_
                                                                                 _Cerated_

   d.    Disability or workers compensation payments           ☐ Yes    ☑ No

   e.    Gifts or inheritances                                 ☐ Yes    ☑ No

   f.    Any other sources                                     ☐ Yes    ☑ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount
received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

EXH #A

*EX H. A*

**F I L E D**

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

MAR 0 1 2007

KIRI TORRE
Chief Executive Officer
Superior Court of CA, County of Santa Clara
By_____, DEPUTY

In re                                    )
                                         )    No.: 194620
    ARCHIE L. JEFFERSON,                 )
                                         )    ORDER
On Habeas Corpus                         )
                                         )

Mr. JEFFERSON, (hereinafter Petitioner,) has filed a habeas corpus petition in which he seeks relief based on the United States Supreme Court's holding, in *Cunningham v. California* (2007) 75 U.S.L.W. 4078, that *Blakely v. Washington* (2004) 542 U.S. 296 applies to California's sentencing practices. However Petitioner's case was final prior to June 24, 2004, (the date *Blakely* was decided) and the *Blakely* rule is not retroactive. (See *In re Consiglio* (2005) 128 Cal.App.4th 511, *People v. Amons* (2005) 125 Cal.App.4th 855, 864-865, and *Schardt v. Payne* (2005, 9th Circuit) 414 F.3d 1025.) Accordingly, all requested relief or action is denied.

DATED: *March 1*, 2007

LINDA R. CONDRON
JUDGE OF THE SUPERIOR COURT

cc:  Petitioner
     District Attorney
     Research (2-22A)
     CJIC

*EX H. A*

1

EXH. B

(EXH. B)



## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

### SIXTH APPELLATE DISTRICT



FILED

Court of Appeal - Sixth App. Dist.

MAY 1 1 2007

MICHAEL J. YERLY, Clerk

By _____
DEPUTY

| In re ARCHIE L. JEFFERSON, | H031443 |
| on Habeas Corpus. | (Santa Clara County |
| | Super. Ct. No. 194620) |

BY THE COURT:

The petition for writ of habeas corpus is denied.

(Bamattre-Manoukian, Acting P.J., Mihara, J., and McAdams, J.,

participated in this decision.)

Dated    MAY 1 1 2007            BAMATTRE-MANOUKIAN, J.    Acting P.J.

EXH B



MC–275

Name _Archie L. Jefferson - In PROPER_

Address _P.O. Box 2000_
_VACAVille, CA 95696-2000_

_In PRO-PER_

CDC or ID Number _K-64290_

_THE COURT OF APPEAL_
_OF THE STATE OF California_
(Court) _Sixth APPELLATE District_

**PETITION FOR WRIT OF HABEAS CORPUS**

_Archie L. Jefferson_
Petitioner

vs.

_Sue Hubbard / Warden_
Respondent

No. _____
*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

_Exhibit C_       _EXHIBIT C_

MC–275

**This petition concerns:**

- [ ] A conviction
- [✓] A sentence
- [ ] Jail or prison conditions
- [ ] Other *(specify)*: _____

- [ ] Parole
- [ ] Credits
- [ ] Prison discipline

1. Your name: _____

2. Where are you incarcerated? *CALiFORNia Medical FACiLiTy (CMF).*

3. Why are you in custody?  [✓] **Criminal Conviction**  [ ] **Civil Commitment**

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

*2nd Degree Burglary w/ Enhancement under Three Strikes 667 (b-i) 11.70.12 25yrs to Life*

b. Penal or other code sections: *459/606) 2nd degree Burglary 3 Strikes 667b-i, 11 70.12*

c. Name and location of sentencing or committing court: *Superior Court of California 95113 191 N. First St >   County of Santa Clara*

d. Case number: *191 ~~N. First St.~~*

e. Date convicted or committed: *(J)An 26, 1996*

f. Date sentenced: *JAn, 1997*

g. Length of sentence: *25 years To Life*

h. When do you expect to be released? *2023*

i. Were you represented by counsel in the trial court? [✓] **Yes.** [ ] **No.** If yes, state the attorney's name and address:

*Charlie Gillan; 70 West Hedding St. San Jose, CA 95113*

4. What was the LAST plea you entered? *(check one)*

[✓] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have? *JURY TRi*

[✓] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

# EXHIBIT D

Petitioner OF
WRIT TO
CALiForNia
STATE
SuPreme Court

# EXHiBiT D

*Exhibit*

Name *Archie Lee Jefferson*

Address *P.O. Box 2000*
*Vacaville, CA 95696-2000*

CDC or ID Number *K-64290*

MC-275

**SUPREME COURT**
**FILED**

JUN 1 9 2007

Frederick K. Ohlrich Clerk

DEPUTY

*Original*
*Copy*

*California State*
*Supreme*

(Court)

---

*Archie Lee Jefferson*
Petitioner

vs.

*Sue Hubbard Warden*
Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

**S153583**

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

**PETITION FOR WRIT OF HABEAS CORPUS**

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

**This petition concerns:**

- [ ] A conviction
- [✓] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: _____

2. Where are you incarcerated? *California Medical Facility (CCMF)*

3. Why are you in custody? [✓] Criminal Conviction   [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   *2nd Degree Burglary / Enhancement under Three Strikes Law.*

   b. Penal or other code sections: *667 (b-i), 1170.12*

   c. Name and location of sentencing or committing court: *Superior Court of Santa Clara County; 191 N. 1st ST. 95113*

   d. Case number: *194620*

   e. Date convicted or committed: *1, 26 - 1996*

   f. Date sentenced: *? ?*

   g. Length of sentence: *25 yrs to-Life*

   h. When do you expect to be released? *? ? ?*

   i. Were you represented by counsel in the trial court? [✓] Yes.   [ ] No. If yes, state the attorney's name and address:

   *Charlie Gillan, 90 N. Hedding ST. 95113*

4. What was the LAST plea you entered? *(check one)*

   [✓] Not guilty   [ ] Guilty   [ ] Nolo Contendere   [ ] Other: *Jury Trial*

5. If you pleaded not guilty, what kind of trial did you have?

   [✓] Jury   [ ] Judge without a jury   [ ] Submitted on transcript   [ ] Awaiting trial

---

MC-275 [Rev. July 1, 2005]           **PETITION FOR WRIT OF HABEAS CORPUS**           Page two of six

6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Illegal sentence under Cunningham
Vs California, It is Cognizable that the Fact-
Finder in Defendant sentence Trial was the
Trial Judge and it is Plain to see that the Judge
did not Perserve and secure Petitioner 6th & 14th Amendment.
— See Exhibit (A) & (B) Petition Denied).

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who did exactly what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Under Cunningham Vs California #
05-655, Argued Oct 11, 2006, Decided
Jan. 22, 2007. It is Cognizable that
the factfinder Judge, See pages 2 of 3 & 3 of 3

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Prior to filing My Writ of Petition to the
Appellate Court, it is cognizable, that Petitio-
ner Jefferson filed a Writ of Habeas Corpus to
the Lower Court, the sentence court, However,
the Lower Court, Superior Court Denied Petitioner
Jefferson Writ. See (Exhibit A). The Writ was
Denied based on Blakely v. Washington was
Not Retroactive in Petitioner's Case.

However, it is also cognizable that Petitioner
Jefferson cited Cunningham vs California
but Respondent refused to oppose to
Petitioner's alleged Claim under Cunningham
vs California, in which Respondent is
in agreement With Petitioner Jefferson and
relief Should be Granted. See FNR AORDER.
Since the Lower Court, Which is the
sentence Court and force/kids,
       this Cognizable that the Lower Court
Was given an opportunity to rule on
Petitioner's Claim, citing Cunningham vs.
California, but refuse to do so.
Petitioner Jefferson is now before this
Court to appeal and seeking Relief.
However, Petitioner is only citing
Cunningham vs California and Not
citing Blakely vs. Washington.
* Please, acknowledge that Petitioner
Jefferson is citing Cunningham vs Washington
(2007) 75.

3 OF 3

Judge Northway, fact finder subjected Petitioner Jefferson to illegal sentence and did not Preserved Petitioner's 6th and 14th Amendment.

It is Held that the DSL sentence Elellating factfinder within the Judge sentence, Violates Defendant's right to trial by Jury Safeguarded by the Sixth and Fourteenth Amendment.

It is Cognizable that Petitioner Jefferson 6th and 14th Amendment was not Safeguarded by the factfinder. It is Cognizable that Petitioner Jefferson Was facing 25 years to life for his Prior Felonies which contribute to EN Hancement. It was the factfinder Duty to Preserve Petitioner Jefferson 6th and 14th Amendment by all means Neccessary. Wherefore, Petitioner Pray that this Court Grant relief.

Sincerely and Respectfully
Archie L. Jefferson

I declare under Penalty and Perjure that the foregoing is true to the Best of My knowledge

Archie L. Jefferson
3-27-07

7. **Ground 2 or Ground** _____ *(if applicable):*

_____
_____
_____
_____

a. Supporting facts:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

b. Supporting cases, rules, or other authority:

_____
_____
_____
_____
_____
_____

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ☐ No.  If yes, give the following information:

   a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

       _____

   b.  Result _____  c.  Date of decision: _____

   d.  Case number or citation of opinion, if known: _____

   e.  Issues raised:  (1) _____

             (2) _____

             (3) _____

   f.  Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

       _____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☐ No.  If yes, give the following information:

   a.  Result _____  b.  Date of decision: _____

   c.  Case number or citation of opinion, if known: _____

   d.  Issues raised:  (1) _____

             (2) _____

             (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

       _____

       _____

11. Administrative Review:

   a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].)  Explain what administrative review you sought or explain why you did not seek such review:

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

       _____

   b.  Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.

       *Attach documents that show you have exhausted your administrative remedies.*

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☐ No. If no, skip to number 15.

13. a. (1) Name of court: _____

   (2) Nature of proceeding (for example, "habeas corpus petition"): _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

_____

_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

_____

_____

16. Are you presently represented by counsel? ☐ Yes. ☐ No. If yes, state the attorney's name and address, if known:

_____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☐ No. If yes, explain:

_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

_____

_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date:

▶ _____
(SIGNATURE OF PETITIONER)

**Case Name:** *PeTiTion For WriT*

**Case Number:** _____

**Court:** *NorThern Federal DisT. Court*

## PROOF OF SERVICE BY MAIL

I, *Archie Jefferson* _____ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on *11-27-07* I served the attached: a true copy of the attached:

*PeTiTion For WriT HabeAs CorPus*
*To: ATTorney General Office suite 11,000*
*455 Golden GaTe Av.*
*SAN FRANCISCO, CA 94102-3664*

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

*NorThern CALif.*
*FEDerAL DisTRicT Court*
*450 Golden GaTe Av.  suite 11,000*
*SAN Francisco, CA 94102 — 3664*

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on the *11-27-07* at California Medical Facility, Vacaville, California.

*Archie Jefferson*
**Declarant**

*Archie Jefferson*
**Declarant's Signature**



Archie L. Jefferson #H-51710
Cell # H-111?
P.O. Box 2000
Vacaville, CA. 95696-

FIRST CLASS

CMEDICAL FACILITY

$ 07.50
02 1M
0004225587   NOV 29 2007
MAILED FROM ZIP CODE 93687

NORTHERN CALIF.
FEDERAL DISTRICT COURT
450 Golden Gate Ave.
SAN FRANCISCO, CA. 94102

NOV 3 0 2007