IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE JEFFERSON,<br><br>          Petitioner,<br><br>   vs.<br><br>SUE HUBBARD, Warden,<br><br>          Respondent. | No. C 07-6101 RMW (PR)<br><br>ORDER OF DISMISSAL |

   Petitioner, a state prisoner proceeding pro se, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed two previous habeas actions with this court, in case no. C 99-20879 RMW (PR) and C 03-1029 RMW (PR), challenging the same conviction and sentence raised in the instant petition. In case no. C 99-20879 RMW (PR), the court denied the petition on the merits on June 28, 2001. In case no. C 03-1029 RMW (PR), the court dismissed the petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b)(1). Similarly, the court will DISMISS the instant petition as a second or successive petition pursuant to 28 U.S.C. § 2244(b).

///

///

///

## DISCUSSION

A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. See 28 U.S.C. § 2244(b)(1); Babbitt v. Woodford, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition.

Here, the instant petition challenges the same conviction and sentence as petitioner's earlier habeas action in case no. C 99-20879 RMW (PR), which was denied on the merits. Petitioner has not presented an order from the Ninth Circuit Court of Appeals authorizing this court to consider any new claims. Accordingly, this court must dismiss the instant petition in its entirety. See 28 U.S.C. § 2244(b)(3)(A).

## CONCLUSION

The instant habeas petition is DISMISSED without prejudice as a second and successive petition. The clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: _____12/15/2007_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on _____12/19/2007_____, a copy of this ruling was mailed to the following:

3  Archie Lee Jefferson
   K-64290/ H-117
4  California Medical Facility
   P.O. Box 2000
5  Vacaville, CA  95696-2000

Order of Dismissal
P:\pro-se\sj.rmw\hc.07\Jefferson101dissuc          3