IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE LEE JEFFERSON,            )  | No. C 07-6101 RMW (PR) |
| )                  Petitioner,                             )  | JUDGMENT |
| vs.                             )  | |
| SUE HUBBARD, Warden,            )  | |
| )                  Respondent.                          )  | |

The court has dismissed the instant habeas petition as a second or successive petition challenging the same conviction and sentence as petitioner's earlier petition in case no. C 99-20879 RMW (PR). See 28 U.S.C. § 2244(b). A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:   12/14/2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1  This is to certify that on _____12/192007_____, a copy of this ruling was mailed to the following:

3  Archie Lee Jefferson
   K-64290/ H-117
4  California Medical Facility
   P.O. Box 2000
5  Vacaville, CA  95696-2000

Judgment
P:\pro-se\sj.rmw\hc.07\Jefferson101jud          2